STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. EDWARD SCIORTO, DEFENDANT-PETITIONER.

*Mr. Saul C. Schutzman* for the petitioner.

*Mr. Joseph P. Lordi* and *Mr. David S. Baime* for the respondent.

May 27, 1969. Denied.

EMILY KLOS, PLAINTIFF-PETITIONER, v. MOBIL OIL CO., ET AL., DEFENDANTS-RESPONDENTS.

*Messrs. Staller, Hayman & Gorelick* for the petitioner.

*Messrs. Horn & Weinstein* and *Messrs. Ziff & Yacavino* for the respondents.

May 27, 1969. Granted.

ROBERT ALLOCCA, A MINOR BY HIS GUARDIAN *AD LITEM*, BARBARA ALLOCCA, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. WILLIAM H. HANN, *ET AL.*, DEFENDANTS-PETITIONERS.

*Messrs. Bowers, Rinehart, Murphy & O'Brien* for the petitioners.

*Mr. Lee B. Roth* and *Mr. R. Dale Winget* for the respondents.

May 27, 1969. Denied.